UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **EDCV 23-2054-GW-KKx** <br> EDCV 23-2055-GW-KKx | Date | June 18, 2024 |
|---|---|---|---|
| Title | *Crystal Ballejos v. Jefferson Capital Systems, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 17, 2024, Plaintiff Crystal Ballejos filed a Notice of Settlement. The Court vacates all currently set dates, with the expectation that a stipulation to dismiss will be filed within 60 days. The Court sets an order to show re: settlement hearing for August 15, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss/notice of dismissal is filed by noon on August 13, 2024.

:

Initials of Preparer     JG